AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| FABIAN TOLEDANO<br>*Plaintiff*<br>v.<br>SHELTER MUTUAL INS. CO., et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 4:12-CV-4135<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____.

☑ **other:** The jury renders a verdict in favor of the Defendants, Shelter Mutual Insurance Co., et al. See jury verdict.

This action was *(check one)*:

☑ tried by a jury with Judge  Susan O. Hickey  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: August 27, 2014

CLERK OF COURT

/s/ Robin W. Gray
*Signature of Clerk or Deputy Clerk*